UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-11484-PBS

JOAO MONTEIRO
    Plaintiff,

VS.

MARINE PERSONNEL & PROVISIONING, INC.
    Defendant.

### NOTICE OF DISMISSAL

Now comes the plaintiff, in the above-entitled action, by his attorney, and hereby stipulates and agrees pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure that the plaintiff's Complaint be dismissed with prejudice and without interest, costs or attorneys fees.

Dated this 18th day of March, 2005.

PLAINTIFF
LATTI & ANDERSON, LLP

_/s/ David F. Anderson_
David F. Anderson
30-31 Union Wharf
Boston, MA 02109
617-523-1000